**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KATHERINE LAUR PADGETT,   )<br>                                                  )<br>     Plaintiff,                        )<br>                                                  )           CIVIL ACTION NO.<br>v.                                              )           1:21-cv-0201-MLB-CMS<br>                                                  )<br>                                                  )<br>INTEGRATED PRACTICE      )<br>SOLUTIONS, INC.,                 )<br>                                                  )<br>     Defendant.                    ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant , by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.

*[Signatures on following page.]*

1

Respectfully submitted this 30th day of March, 2022.

| BARRETT & FARAHANY | THE EMPLOYMENT LAW SOLUTION MCFADDEN DAVIS, LLC |
|---|---|
| s/ *V. Severin Roberts* <br> V. Severin Roberts <br> Georgia Bar No. 940504 <br> *Attorney for Plaintiff* <br> P.O Box 530092 <br> Atlanta, GA 30353-0092 <br> (404) 214-0120 <br> severin@justiceatwork.com | s/ *Chandra C. Davis* <br> Chandra C. Davis <br> Georgia Bar No. 141801 <br> *Attorney for Defendant* <br> 800 Mt.Vernon Hwy., NE, Suite 410 <br> Atlanta, GA 30328 <br> (678) 424-1380 <br> cdavis@theemploymentlawsolution.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE LAUR PADGETT,     )<br>                              )<br>     Plaintiff,               )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>INTEGRATED PRACTICE          )<br>SOLUTIONS, INC.,             )<br>                              )<br>     Defendant.               )<br>_____ | CIVIL ACTION NO.<br>1:21-cv-0201-MLB-CMS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed *Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Chandra C. Davis
cdavis@theemploymentlawsolution.com

Respectfully submitted this 30th day of March, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

3